**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MAUREEN SAGALA,<br><br>    Petitioner,<br><br>  v.<br><br>ERIC H. HOLDER, et al.,<br><br>    Respondent. | No.  CV 09-4816-SJO (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation.  The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that (1) Respondent's motion to dismiss the habeas claims for lack of jurisdiction is granted; and (2) the reference to a Magistrate Judge (Dkt. No. 2) is vacated.

DATED:  November 4, 2009

                                        S. JAMES OTERO<br>
                                UNITED STATES DISTRICT JUDGE